| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **YOGOLD U.S.A. CORPORATION** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **YOGO SAPPHIRES DIRECT** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **84-5191511** |
| 4. | **Debtor's address** | **Principal place of business** **1750 South Ave W** **Missoula, MT 59801-6512** Number, Street, City, State & ZIP Code <br> **Missoula** County | **Mailing address, if different from principal place of business** **1750 South Ave W** **Missoula, MT 59801-6512** P.O. Box, Number, Street, City, State & ZIP Code <br> **Location of principal assets, if different from principal place of business** **JUDITH BASIN COUNTY, MONTANA** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

| Debtor | YOGOLD U.S.A. CORPORATION | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | YOGOLD U.S.A. CORPORATION | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  **YOGOLD U.S.A. CORPORATION**                                Case number (*if known*)
        Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | YOGOLD U.S.A. CORPORATION | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/04/2024**
MM / DD / YYYY

**X /S/ JEROD C. EDINGTON**
Signature of authorized representative of debtor

**JEROD C. EDINGTON**
Printed name

Title **PRESIDENT**

**18. Signature of attorney**

**X /S/ GARY S. DESCHENES**
Signature of attorney for debtor

Date **01/04/2024**
MM / DD / YYYY

**Gary S. Deschenes**
Printed name

**Deschenes & Associates Law Offices**
Firm name

**309 1st Ave N**
**Great Falls, MT 59401-2505**
Number, Street, City, State & ZIP Code

Contact phone **(406) 761-6112**   Email address **gsd@dalawmt.com**

**2293**
Bar number and State

## RESOLUTION OF YOGOLD U.S.A. CORPORATION

The undersigned, being directors and officers of Yogold U.S.A. Corporation, a Wyoming corporation, do hereby file and adopt the following resolution:

RESOLVED, THAT THE PRESIDENT OF THE CORPORATION BE, AND IS HEREBY AUTHORIZED, TO PERFORM WHATEVER ACT IS NECESSARY TO RESOLVE THE FINANCIAL SITUATION OF THE CORPORATION, INCLUDING BUT NOT LIMITED TO, FILING A PETITION AND OTHER PAPERS IN BANKRUPTCY FOR PROTECTION UNDER THE BANKRUPTCY ACT.

DATED this 8th day of August, 2023.

_Jerod C. Edington_

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO, TX 79998-1535 | BERIC CHRISTIANSEN<br>PO BOX 1508<br>GYPSUM, CO 81637 | CHRIS STEPHENS<br>9247 NORTH HART LANE<br>HAYDEN, ID 83835 |
| CLAUDIA AND LLOYD THORSRUD<br>295 RIVERBEND ROAD<br>BIGFORK, MT 59911 | DAN STEPHENS<br>9247 NORTH HART LANE<br>HAYDEN, ID 83835 | DANIEL DAY<br>PO BOX 1622<br>YAKIMA, WA 98907 |
| GEORGE LIND<br>PO BOX 284<br>HOBSON, MT 59452 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JACK SHORTRIDGE<br>316 SEGO RIDGE ROAD<br>HOBSON, MT 59452 |
| JEROD EDINGTON<br>2910 E 57TH AVE STE 5 PMB 335<br>SPOKANE, WA 99223 | JUDITH KLEIR<br>WEST 2011 GAIL JEAN LANE<br>SPOKANE, WA 99218 | LENDINI<br>3220 TILLMAN DRIVE SUITE 200<br>BENSALEM, PA 19020 |
| LG FUNDING LLC<br>1218 UNION STREET<br>BROOKLYN, NY 11225 | LINDA FLEETWOOD<br>PO BOX 2970<br>MCCALL, ID 83639 | MIKE CHASTEK<br>5303 S NAPA ST<br>SPOKANE, WA 99223 |
| MONTANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SPECIALIST<br>PO BOX 7701<br>HELENA, MT 59604-7701 | RONCOR INC.<br>PO BOX 7846<br>PORTER RANCH, CA 91327 | SCOTT WICKAM<br>903 SHILOH CROSSING BLVD<br>BILLINGS, MT 59102 |
| SHERRIE CALAWAY<br>365 RIVERBEND ROAD<br>BIGFORK, MT 59911 | STEVEN AND CAREN FRAZIER<br>1605 SOUTH ROCKWOOD BLVD<br>SPOKANE, WA 99203 | SWIFT FINANCIAL, LLC<br>ATTN: BANKRUPTCY NOTICE<br>3505 SILVERSIDE RD<br>WILMINGTON, DE 19810 |
| TESSA AND SCOTT FITZGERALD<br>1301 WEST WHITE ROAD<br>SPOKANE, WA 99224 | THOMAS DOWHAN<br>18 PROSPECT ST<br>SAINT ALBANS, VT 05478 | TIM ROSE<br>5687 194TH LANE S.E.<br>ISSAQUAH, WA 98027 |